FILED 2 AUG '16 13:20usdc-orp

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:16-CR- 00331-BR |
| v. | INDICTMENT |
| HEIDI ANNE MCKINNEY, | 18 U.S.C. §§ 2244(b), 2246(3); 49 U.S.C. §§ 46501, 46506 |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT 1

(Abusive Sexual Contact)
(18 U.S.C. §§ 2244(b), 2246(3))

On or about May 8, 2016, in the District of Oregon, defendant HEIDI ANNE McKINNEY did knowingly engage in sexual contact, to wit: the intentional touching, either directly or through clothing, of the inner thigh or groin, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person, with an adult female, without that person's permission, while on an aircraft in flight; and while in the special aircraft jurisdiction of the United States, specifically aboard Alaska Airlines Flight Number 612, originating in Las Vegas, Nevada, and ending in Portland, Oregon, in the United States, and ending in Portland, Oregon, in the United States,

In violation of Title 18, United States Code, Sections 2244(b), 2246(3); and pursuant to Title 49, United States Code, Sections 46501 and 46506.

DATED this ___2___ day of August 2016.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

_____
RAVI SINHA
Assistant United States Attorney